An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIARE IOPA-TRIPP; AND BRIAN IOPA-TRIPP,
Appellants,
vs.
THE ADMINISTRATOR FOR STATE OF NEVADA FORECLOSURE MEDIATION PROGRAM,
Respondent.

No. 64880

**FILED**

JUL 01 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On May 19, 2014, this court denied as moot appellants' motion for an extension of time to file the proper person appeal statement as the time requested by appellants had passed. That order also gave appellants 20 days to file and serve their appeal statement and cautioned them that failure to do so within that time would result in the dismissal of their appeal as abandoned. Appellants' proper person appeal statement was thus due in this court by June 9, 2014, and, to date, appellants have failed to file their civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellants have abandoned this appeal, and we therefore

ORDER this appeal DISMISSED.

_____ Pickering , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

14-21425

cc: Hon. Kathleen E. Delaney, District Judge
Brian Iopa-Tripp
Tiare Iopa-Tripp
Fennemore Craig Jones Vargas/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A